Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 3**

**Salvi Chemical Industries Ltd,**

                                **Plaintiff,**

**v.**


**UNITED STATES,**

                                **Defendant.**

**S U M M O N S**
**Court No. 26-02569**

**TO:**    The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Gina Justice**
Clerk of the Court

1.    Salvi Chemicals Industries Ltd.  - Foreign Producer and Exporter
_____
(Name and standing of plaintiff)

2.    Department determination in a Changed Circumstances Review holding that Salvi

Chemicals did not establish its eligibility to participate in a certification process.

_____
(Brief description of contested determination)

3.    Febuary 27, 2026
_____
(Date of determination)

4.    March 4, 2026
_____
(If applicable, date of publication in Federal Register of notice of contested determination)

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

/s/ David Craven
_____
Signature of Plaintiff's Attorney

March 30, 2026
_____
                    Date

David Craven
Craven Trade Law LLC
3744 N Ashland, Chicago, IL 60613
(773) 709-8506
david.craven@tradelaw.com

**SEE REVERSE SIDE**

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)